# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA GUTIERREZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>WEBCOLLEX, LLC d/b/a CKS FINANCIAL,<br><br>　　　　　　　　Defendant. | Case No.: 2:23-cv-00988-AC<br><br>[PROPOSED] ORDER RE: STIPULATION TO APPEAR REMOTELY VIA VIDEOCONFERENCE AND/OR TELEPHONICALLY<br><br>**Status (Pre-Trial Scheduling) Conference:**<br>DATE:　December 6, 2023<br>TIME:　10:00 a.m.<br>JUDGE:　Hon. Allison Claire |

Having considered the parties' Stipulation to Appear Remotely via Videoconference and/or Telephonically for the Court's Status/Pretrial Scheduling Conference on December 6, 2023, and for good cause shown, IT IS HEREBY ORDERED:

Counsel for the parties may appear by videoconference and/or telephonically for the Court's Status/Pretrial Scheduling Conference scheduled for December 6, 2023.

IT IS SO ORDERED.

Date: December 1, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE