UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA GUTIERREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>WEBCOLLEX, LLC,<br><br>    Defendant. | No.  2:23-cv-0988 AC<br><br>ORDER |

This case is before the undersigned for all purposes pursuant to the parties' consent.  ECF No. 16.  Counsel for the corporate defendant were permitted to withdrew from this case on August 29, 2024.  ECF No. 38.  Plaintiff now moves the court to strike defendant's answer (ECF No. 12) and enter default against defendant.  ECF No. 40.  Defendant did not oppose the motion.

"A corporation must be represented by counsel."  Reading Int'l, Inc. v. Malulani Grp., Ltd., 814 F.3d 1046, 1053 (9th Cir. 2016).  Because defendant, a corporate entity, remains unrepresented more than four months after its counsel withdrew and has not expressed any intention to defend itself in this case, the undersigned agrees with plaintiff that entry of default is proper.

////

////

////

1 | Accordingly, the motion at ECF No. 40 is GRANTED and defendant's answer (ECF No.
2 | 12) is STRICKEN.  The Clerk of Court is ORDERED to enter default against defendant
3 | Webcollex, LLC.
4 | DATED: January 13, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE