# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

LISA GUTIERREZ ,

**JUDGMENT IN A CIVIL CASE**

CASE NO: **2:23−CV−00988−AC**

v.

WEBCOLLEX, LLC ,

_____

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 05/15/25 .**

ENTERED:   **May 15, 2025**        /s/  **Keith Holland**

Clerk of Court